UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                 :

        -against-                              :        06 Cr. 1166 (CLB)(LMS)

ISAIAS SUAZO,                                       :

                                                                   :
                Defendant.
                                                                   :
------------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated May 7, 2007, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

                                                   SO ORDERED.

Dated:     May 8, 2007
             White Plains, New York

                                                  _____
                                                          Charles L. Brieant
                                                   United States District Judge